UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BEAULY,LLC
   PLAINTIFF:

§
§
§
§
V.                                                                     §
SAMONTA DUNLAP AND ALL OTHER      §      Case    **3 - 14 C V - 4 5 2 7 B**
OCCUPANTS                                             §
   DEFENDANTS:                                       §
§
§
§
§
§
§
§

## INDEX OF MATERIALS ATTACHED TO NOTICE OF REMOVAL

| No. | Date Filed or Entered | Document |
|-----|------------------------|----------|
| A. | 12/24/2014 | Index of materials Attached to Notice of Removal |
| B. | 12/24/2014 | Notice of Appeal |
| C. | 12/24/2014 | Original Petition |
| D. | 12/24/2014 | Notice of Appeal |
| E. | 12/24/2014 | Notice of Trial |
|  |  |  |

# 7889 5

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 DEC 24   PM 2 08

DEPUTY CLERK

BEAULY, LLC
**PLAINTIFF:**

v.

**SAMONTA DUNLAP** ALL OCCUPANTS
**DEFENDANTS:**

§
§
§
§
§
§
§
§
§
§
§

Case **3-14CV-4527B**
_____

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendant **SAMONTA DUNLAP** AND ALL OCCUPANTS

hereby removes to this Court the state court action described below.

On December 24, 2014, an action was commenced in the County Court of Law 1,
Tarrant County, Texas, entitled BEAULY, LLC vs. SAMONTA DUNLAP AND ALL
OCCUPANTS, Defendant, Case number 2014-003863-1

I.     Defendant was served with summons on July 01, 2014.

II.    Pursuant to N.D. Tex. Local R. 81.1 this notice of removal is accompanied by an
       index of documents filed in state court (Exhibit A).

III.   This action is a civil action of which this Court has original jurisdiction under 28
       U.S.C. §1332, and is one which may be removed to this Court has jurisdiction over
       the state court action pursuant to 28 U.S.C. § 1331 in that it is a civil action between
       citizens of different states and the matter in controversy exceeds the sum of $75,000,
       exclusive of interest and costs because:

(a) The Amount in Controversy Exceeds the Federal Minimmn Jurisdiction
Requirements

    i.   The subject real property has a current fair market value of $ 276,500.00
according to the Tarrant Central Appraisal District.

    ii.   The amount in controversy is the value of the object of the litigation. See
Leininger v. Leininger, 05 F.2d 727,729(5th Cir. 1983).

(b) There is Complete Diversity between Defendants and the Plaintiffs

    i.   Defendant SAMONTA DUNLAP et al were, at the time of the filing of this
action, have been at all times since, and still are individual resident
citizens of the State of Texas.

    ii.   Plaintiff BEAULY, LLC, was, at the time of the filing of this action, has
been at all times since, and still is a national association with main
office in Atlanta, Ga. A national bank is a citizen of the state in which
its main office, as set forth in its articles of association, is located.  See
Wachovia Bank, N.A. v. Schmidt, 126 S.Ct. 941 (2006).  Accordingly
BEAULY, LLC, is a Citizen of Atlanta, Ga.

    iii.   28 U.S.C § 1332(a) provides that "the district courts shall have original
jurisdiction of all civil actions where the matter in controversy exceeds
the sum or value of $75,000, exclusive of interest and costs, and is
between-

        a.   Citizens of different states; ..."

    iv.   28 U.S.C § 1332(a) (1) For purposes of diversity, an individual is a citizen
of the state of their domicile, which is the place of their true, fixed, and
permanent home and principal establishment, to which they have the
intention of returning home whenever they are absent there from. *See Stine
v. Moore,* 213 F.2d 446, 448 (5th Cir. 1954).

v.   As the Defendant, SAMONTA DUNLAP is a citizen of the State of Texas and the Plaintiff, BEAULY, LLC, is a citizen of Atlanta, Ga. but not Texas, complete diversity of citizenship exists between Plaintiff and Defendants.

(c) Pursuant the 28 U.S.C. § 1332(a), this court has original jurisdiction over this matter as the amount in controversy meets the federal jurisdiction minimum and there is a complete diversity of citizenship between the Plaintiff and Defendants.

WHEREFORE, defendant SAMONTA DUNLAP pray that this action be removed to the United States District Court For The Northern District of Texas Dallas Division.

Dated: December 24, 2014

Respectfully Submitted,


SAMONTA DUNLAP
705 CHAMPION WAY
MANSFIELD, TEXAS 76063
682-518-1739

SAMONTA DUNLAP (occupant)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon the Attorney, for the Plaintiff via Certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, on this 24th day of December, 2014 as follows:

BEAULY, LLC
P.O. BOX 13489
ATLANTA, GA 30324
770-609-1065
770-723-0106   FAX

SAMONTA DUNLAP (occupant)

CASE: 2014-003863-1

| Beauly, LLC | § | IN THE COUNTY COURT |
| vs | § | |
| Takesha Dunlap and all occupants | § | AT LAW NO. 1 |
| | § | |
| | § | TARRANT COUNTY, TEXAS |
| | § | |

### O R D E R
### (NON-JURY DOCKET)

IT IS ORDERED THAT THE ABOVE-STYLED AND NUMBERED CAUSE IS SET FOR TRIAL, IN ACCORDANCE WITH LOCAL RULE 3.01, IN THE COURTROOM OF TARRANT COUNTY COURT AT LAW NO. 1 ON FRIDAY, OCTOBER 24, 2014 AT 9:00 AM.

SIGNED ON THIS THE 9TH DAY OF OCTOBER, 2014.

_____
JUDGE PRESIDING

LOCATION OF COURTROOM
Old Tarrant County Courthouse
4th Floor-County Court At Law #1
100 W. Weatherford Street, Room 490
Fort Worth Texas 76196-0401
817-884-1457

IN THE EVENT ANY WITNESSES WILL
HAVE ANY DIFFICULTY SPEAKING
OR UNDERSTANDING ENGLISH,
PLEASE MAKE ARRANGEMENTS
FOR AN INTERPRETER.

YOU ARE GOING TO TRIAL
NO FURTHER NOTICE WILL BE GIVEN
PLEASE APPEAR WITH YOUR WITNESSES AT THE
ABOVE STATED DATE AND TIME.

Takesha Dunlap
705 Champion Way
Mansfield TX  76063

CASE No. 2014-003863-1

FILED
TARRANT COUNTY CLERK

2014 AUG -6 PM 12: 21

MARY LOUISE GARCIA
COUNTY CLERK

BY_____

| | |
|---|---|
| BEAULY, LLC | § |
| Plaintiff: | § |
| | § IN THE COUNTY COURT |
| V. | § |
| TAKESHA DUNLAP AND ALL OTHER | § AT LAW # 1 |
| OCCUPANTS | § |
| Defendant: | § TARRANT COUNTY, TEXAS |
| | § |

## ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant, TAKESHA DUNLAP, AND ALL OTHER
OCCUPANTS, and files this Original Answer for the above case and shows:

*1. General Denial*

Defendant enters a general Denial.

Respectfully Submitted,

TAKESHA DUNLAP BELL
705 CHAMPION WAY
MANSFIELD, TEXAS 76063
817-682-1118

By _____
TAKESHA DUNLAP BELL

2014 JUL 11 PM 3: 20

**Cause Number:** CP07-14-E00074996

BEAULY LLC
**PLAINTIFF**

**IN THE JUSTICE COURT**

**VS**

**PRECINCT 7**

TAKESHA DUNLAP AND ALL OCCUPANTS
**DEFENDANT**

**TARRANT COUNTY, TEXAS**

## PAUPER'S AFFIDAVIT FOR APPEAL BOND

BEFORE ME, the undersigned authority, on this day personally appeared _____TAKESHA DUNLAP AND ALL OCCUPANTS_____, Plaintiff/<u>Defendant</u> in the above-styled and numbered cause, and as appellant, desires to appeal to the County Court of Tarrant County, Texas; and being by me duly sworn, on oath states that, on the ___8th___ day of ___JULY___, 20_14_, in the above-styled and numbered cause, before TOM CORBIN, the Justice of the Peace of Precinct 7, Tarrant County, Texas, _____BEAULY LLC_____, <u>Plaintiff</u>/Defendant, appellee, recovered judgment against ___TAKESHA DUNLAP AND ALL OCCUPANTS___, appellant, for the sum of $___0.00___, plus costs of suit, and that appellant is unable to pay the costs of appeal or any part thereof, or to give security thereof or any part thereof.

## APPELLANT INFORMATION:

I am (check one) _____ Married ___x___ Single _____ Divorced
Number and ages of dependants and where do they reside: _____
Samonta Dunlap (18) & Seonta Dunlap (12)   705 Champion Way Mansfield, Tx 76063

Employed by: _____Unemployment_____
Address of Employer: ___Ft Worth, Tx___
My earnings are: $ ___N/A___ per week, $ ___900.00___ per month

I have other income as follows including any governmental entitlement income (state source and amount):___N/A___

Amount of Monthly Court Ordered Support $___N/A___

1

**I OWN THE FOLLOWING PROPERTY:**

HOME (Address): _____ N/A _____

Monthly payment: $____ 400 ____      Balance Owed: $____ 10,245 ____

List Car/Truck Owned: __ 2006 Infiniti G35 __

Monthly payment: $____ N/A ____      Balance Owed: $____ N/A ____

Other Land, Buildings, etc. Owned: _____ N/A _____

Notes, Mortgages, Trust Deeds: ____ N/A ____

Monthly payment: $_____      Balance Owed: $_____

Other Vehicles or Mobile Homes: _____

Savings Bonds (Present Value) $_____ N/A _____

Stocks & Bonds (Description, Value) $____ N/A ____

I have the following money:

A.  In Jail          $____ N/A ____          E.  In Safety deposit box    $___ N/A ___
B.  At Home       $____ N/A ____          F.  Being Held/Owed to Me  $___ N/A ___
C.  In Checking                                      G.  Other                          $___ N/A ___
      Accounts     $____ N/A ____
D.  In Savings
      Accounts     $____ N/A ____

**INFORMATION ON SPOUSE:**

Name: _____ N/A _____

Employed by: _____

Address of Employer: _____

His/Her Earnings are: $_____ per week   $_____ per month

I AM UNABLE TO PAY THE COSTS OF APPEAL OR FILE AN APPEAL BOND.  I VERIFY THAT THE STATEMENTS MADE ~~IN THIS AFFIDAVIT~~ ARE TRUE AND CORRECT.

_____
Signature of Appellant

SUBSCRIBED AND SWORN TO BEFORE ME this 11ᵗʰ day of July , 20 14 .

MARISOL HERNANDEZ
My Commission Expires
December 7, 2016

_____
Notary Public in and for the State of Texas/
Clerk of the Justice Court

Approved this _____ day of _____, 20____.

_____
A Justice of the Peace in and for Precinct 7
Tarrant County, Texas

2

### Mary Louise Garcia
Tarrant County Clerk
100 W. Weatherford St.
Ft. Worth, Texas 76196-0401

July 29, 2014

Takesha Dunlap and all occupants
705 Champion Way
Mansfield TX 76063

RE: J. P. Appeal, Pct. 7, Cause No.: E74996
A Forcible Detainer

Beauly, LLC vs Takesha Dunlap and all occupants
County Court at Law Case No. 2014-003863-1, Filed 07/29/2014

Dear Sir or Madam,

The above case has been appealed from the Justice of the Peace Court to the County Court at Law No. 1. All pleadings are required by law to be in writing. (Rule 45, TRCP) The style of the case does not change when it is appealed to County Court at Law.

This case is an appeal from an eviction proceeding (Forcible Entry and Detainer). A WRITTEN ANSWER (a formal written statement made by the defendant stating his defense) must be filed within eight (8) full days from the date the appeal was filed in this court as indicated above. If the defendant does not file a written answer with this court within eight days, the allegations of the complaint may be taken as admitted and a judgment by default may be entered accordingly. (Rule 510.12, TRCP)

Cases in County Courts at Law are not automatically set for trial by the court. Either party may set the case for trial in writing. Upon requesting a setting you must forward a copy of your request to the other side. A ten (10) day notice to the other side is required when you request a trial setting.

    a.)  Individuals can represent themselves, but may not be represented by any agent other than a licensed attorney.
    b.)  Corporations shall be represented by a licensed attorney.
    c.)  A general partnership shall be represented by at least one of the general partners or a licensed attorney.
    d.)  A limited partnership shall be represented by a general, not a limited, partner or a licensed attorney.

Please keep the above County Court at Law case number and refer to it when inquiring. For information regarding a court setting call the Court Coordinator at (817) 884-2761. For all other information call the Court clerks at (817) 884-1485 or (817) 212-7074

Mary Louise Garcia, Clerk
County Courts at Law of
Tarrant County, Texas

Teresa Bryant, Deputy

cc:    Beauly, LLC
       PO Box 13489
       Atlanta GA 30324



# TARRANT COUNTY

FORT WORTH, TEXAS 76196-0240

DON PIERSON

JUDGE

COUNTY COURT AT LAW No. 1

817/884-1457

TRACY WOOD

COURT COORDINATOR

817/884-2761

July 29, 2014

Takesha Dunlap and all occupants
705 Champion Way
Mansfield TX  76063                    RE: 2014-003863-1

Beauly, LLC vs Takesha Dunlap and all occupants

Dear Sir or Madam,

The above case has been appealed from the Justice of the Peace Court to County Court at Law No. 1 on a PAUPER'S AFFIDAVIT. Pursuant to Section 25.0020 of the Texas Government Code, if your appeal as a pauper is perfected, you may request a pro bono ("free") attorney to represent you in this case.

While this court may appoint any qualified attorney who is willing to provide services for free, at this time, the only pro bono legal services program in Tarrant County is **Legal Aid of NorthWest Texas**. If you wish to request a free attorney for you in this matter, please contact by phone or in person **Legal Aid of NorthWest Texas** at the following:

**Vivian Quesada**
**Legal Aid of NorthWest Texas**
600 E. Weatherford St.
Fort Worth, Texas 76102

(817) 336-3957, Ext. 5017
(817) 877-0804 (Fax)

**Legal Aid of NorthWest Texas** has limited resources, and can only accommodate a small percentage of the requests it receives. <u>If you desire such an attorney, you must make a request immediately</u>. Please Note: The delay or denial of your request will not delay the trial. If Ms. Quesada does not answer the phone, please leave a message and someone from her office will call you back the same day.

Sincerely,

Don Pierson

cc:    Beauly, LLC

CASE #JP07-14-E00074996
IN THE JUSTICE COURT
PRECINCT SEVEN
TARRANT COUNTY, TEXAS

BEAULY LLC
VS
TAKESHA DUNLAP
AND ALL OCCUPANTS

J U D G M E N T

On the 8th day of July, 2014 came to be heard the above numbered and entitled cause, and the Plaintiff(s), attorney, and announced ready for trial, and the Defendant(s), after being duly cited to appear and properly notified of the trial did not appear but wholly made default, and it appearing to the Court upon good and sufficient evidence that Plaintiff(s) is entitled to recover Judgment.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff(s), Beauly Llc, do have and recover of the Defendant(s), Takesha Dunlap and all occupants, possession of the following described premises situated in Justice Precinct Seven, Tarrant County, Texas, To Wit: 705 Champion Way  Mansfield Tx  76063 and that a Writ of Possession issue to the proper officer commanding him to seize possession of the said above described premises and deliver same to said Plaintiff(s) if Defendant(s) fails to vacate by July 14, 2014 and further that execution issue for collection of all monies due to the Plaintiff(s).

SIGNED THIS 8TH DAY OF JULY, 2014.

Justice of the Peace
Precinct Seven
Tarrant County, Texas



**Matt Hayes**
**Justice of the Peace, Precinct Seven**
**1100 East Broad Street Suite 202**
**Mansfield Texas  76063**
**817-473-5101**
**817-850-2328 Fax**

July 08, 2014

Takesha Dunlap
705 Champion Way
Mansfield Tx  76063

Re:     Case No. JP07-14-E00074996
        Beauly Llc vs Takesha Dunlap

Dear Sir/Madam:

In compliance with the Texas Rules of Civil Procedure, you are hereby notified that a Default Judgment has been rendered against you on this date in the above numbered and styled cause.

If you have any questions regarding this matter, please call 817-473-5101.

Respectfully,


Justice Court Clerk
Justice of the Peace, Precinct Seven
Tarrant County, Texas

**\*\*\*<u>MUST VACATE PREMISES BY MIDNIGHT ON 07/14/2014</u>\*\*\***

CONSTABLE'S RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. 20_____, AT _____

O'CLOCK, _____.M. AND EXECUTED ON THE _____ DAY OF _____, 20_____, AT

_____ O'CLOCK, _____.M. BY DELIVERING TO _____

_____

DEFENDANT, OR DEFENDANTS, IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT(S) FOR THE REASONS SET OPPOSITE NAME.

_____

_____

FEES  -      SERVING..... $ _____          _____

             COP.  ......... $ _____        * CONSTABLE, PCT. NO._____
                                                      TARRANT COUNTY, TEXAS
             TOTAL........ $ _____

                                         BY DEPUTY_____
*STRIKE IF NOT APPLICABLE
**************************************************************************************************
**** ORIGINAL CITATION IN EVICTION ****

IN THE JUSTICE COURT                       ISSUED: JUNE 20, 2014
MATT HAYES
JUSTICE OF THE PEACE, PRECINCT SEVEN              817-473-5101
1100 EAST BROAD STREET SUITE 202           FAX   817-850-2328
MANSFIELD TEXAS 76063

                          CASE NO. JP07-14-E00074996

PLAINTIFF(S):
     BEAULY LLC                      PO BOX 13489                  HOME: 770-609-1065, FAX: 770-723-
                                     ATLANTA GA  30324             0106

ATTORNEY(S) FOR PLAINTIFF(S):

                                          VS.
DEFENDANT(S):
     TAKESHA DUNLAP              705 CHAMPION WAY
                                MANSFIELD TX  76063               DEFENDANT'S
     AND ALL OCCUPANTS                                            COPY
ATTORNEY(S) FOR DEFENDANT(S):

**************************************************************************************************
C07    COURT DATE    JULY 08, 2014   AT   8:30 AM

## SWORN COMPLAINT FOR EVICTION

CASE NO. __E0007499G__    [ ] __With suit for Rent__    Court Date: __7/8/14 @ 8:30 AM__

In the Justice Court, Precinct __7__ Tarrant County, Texas

**PLAINTIFF:** BEAULY LLC
_____
(Landlord/Owner Name)

VS.

**DEFENDANT(S):** TAKESHA DUNLAP AND ALL OTHER OCCUPANTS

| | |
|---|---|
| Rental Subsidy (if any) | $_____ |
| Tenant's Portion | $_____ |
| **TOTAL MONTHLY RENT** | $_____ |
| The amt. of rent per day is | $_____ |

**COMPLAINT:** Plaintiff (Landlord) hereby complains of the defendant(s) named above for eviction of plaintiff's premises (including storerooms and parking areas) located in the above precinct. Address of the property is:

__705 CHAMPION WAY__ _____ __MANSFIELD__  __TX__  __76063__
Street Address    Unit No. (if any)    City    State    Zip

1. **SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other service of papers address/addresses (if know) are:
_____

2. [ ] **UNPAID RENT AS GROUNDS FOR EVICTION:** Defendant(s) failed to pay rent for the following time period(s):
_____ TOTAL DELINQUENT RENT AS OF DATE OF FILING IS: $_____
Plaintiff reserves the right to orally amend the amount at trial to include rent due from the date of filing through the date of trial.

3. [X] **OTHER GROUNDS FOR EVICTION/LEASE VIOLATIONS:** Lease Violations (if other than non-paid rent – list lease violations)t TENANT IS HOLDING OVER AFTER FORECLOSURE

4. [X] **HOLDOVER AS GROUNDS FOR EVICTION:** Defendant(s) are unlawfully holding over since they failed to vacate at the end of the rental term or renewal of extension period, which was the _____ day of _____ and delivered by this method: _____

5. **NOTICE TO VACATE:** Plaintiff has given defendant(s) a written notice to vacate (according to Chapter 24.005 of the Texas Property Code) and demand for possession. Such notice was delivered on the _4_ day of ___JUNE___ and delivered by this method: ___SENT VIA MAIL_____

6. **ATTORNEY'S FEES:** Plaintiff will be [ ] or will NOT be [ ] seeking applicable attorney's fees. Attorney's name address phone & fax numbers are_____

7. [ ] **BOND FOR POSSESSION:** If plaintiff had filed a bond for possession, plaintiff request (1) that the amount of plaintiff's bond and defendant's counter bond be set, (2) that plaintiff's bond be approved by the Court, and (3) that proper notice as required by the Texas Justice Court Rules are given to Defendant(s).

**REQUEST FOR JUDGMENT:** Plaintiff rays that defendant(s) be served with citation and that plaintiff have judgment against defendant(s) for: possession of premises, including removal of defendants and defendants' possessions from the premises, unpaid rent IF set forth above, attorney's fees, court cost, and interest on the above sums at the rate stated in the rental contract, or if not so stated. At the statutory rate for judgments under Civil Statutes Article 5069-1.05.

[X] **I give my consent for the answer and any other motions or pleadings to be sent to my e-mail address which is:** rashida@csslive.com

__RASHIDA FORBES__
Petitioner's Printed Name

**DEFENDANT(S) INFORMATION** (if known):
DATE OF BIRTH: _N/A_____
*LAST 3 NUMBERS OF DRIVER LICENSE: N/A_____
*LAST 3 NUMBERS OF SOCIAL SECURITY: N/A_____
DEFENDANT'S PHONE NUMBER: N/A_____

_____
Signature of Plaintiff (Landlord/Property Owner) or Agent
P.O BOX 13489
Address of Plaintiff (Landlord/ Property Owner) or Agent
ATLANTA_____ GA_____ 30324
City    State    Zip
770-609-1065 (phone) 770-723-0106 (fax)
Phone & Fax No. of Plaintiff (Landlord/Property Owner) or agent
Sworn to and subscribed before me this _____ day of _____ 20___

_____
CLERK OF THE JUSTICE COURT OR NOTARY

DOCKET NO. E74496 DEFENDANT'S NAME: Lakesha Dunlap

## AFFIDAVIT

### SERVICEMEMBERS CIVIL RELIEF ACT SEC. 201 (b)

**\*To VERIFY Military Status go to website:** http://www.dmdc.osd.mil/appj/scra/scraHome.do

PLAINTIFF BEING DULY SWORN ON HIS OATH DEPOSES AND SAYS UNDER PENALTY OF PERJURY THAT DEFENDANT: **(Please select ONE for DEFENDANT)**

___ *IS* IN THE MILITARY SERVICE AND *ON* ACTIVE DUTY IN A FOREIGN COUNTRY

OR

___ *IS* IN THE MILITARY SERVICE AND *NOT* ON ACTIVE DUTY IN A FOREIGN COUNTRY

OR

_X_ *IS NOT* IN THE MILITARY SERVICE
\*(In addition to this affidavit you MUST provide proof of military status before a default judgment can be rendered).

___ *HAS WAIVED* HIS RIGHTS UNDER THE SERVICE MEMBERS RELIEF ACT OF 2003

OR

___ PLAINTIFF IS UNABLE TO DETERMINE WHETHER OR NOT DEFENDANT IS IN MILITARY SERVICE
\*(In addition to this affidavit you MUST provide proof of military status before a default judgment can be rendered).

\*I am not providing proof of military status from the governmental web site because

_____

_____

_____

**Sign Here** ➤ _____
SIGNATURE OF PLAINTIFF/AGENT/ATTORNEY FOR PLAINTIFF

SUBSCRIBED AND SWORN TO BEFORE ME THIS 15th DAY OF _____, 20 14

_____
CLERK OF THE JUSTICE COURT /
NOTARY PUBLIC IN AND FOR STATE OF TEXAS (STRIKE ONE)

Penalty for making or using false affidavit – A person who makes or uses an affidavit knowing to be false, shall be fined as provided in title 18 United States Code, or imprisoned for not more than one year, or both.

### \*\*CERTIFICATE OF LAST KNOWN ADDRESS\*\*

In strict compliance with Rule 239a, Texas Rules of Civil Procedure, it is hereby certified that the last know mailing address of Defendant is as follows:

_____

**\*\*DEFENDANT'S** ADDRESS                    CITY, STATE AND ZIP CODE

**Sign Here** ➤ _____
SIGNATURE OF PLAINTIFF/AGENT/ATTORNEY FOR PLAINTIFF

Department of Defense Manpower Data Center

Results as of : Jun-16-2014 07:46:54 AM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>DUNLOP</u>
First Name: <u>TAKESHA</u>
Middle Name:
Active Duty Status As Of: <u>Jun-16-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: HA3BSA59R0C6L40

FILED BY
2014 JUN 19 PM 1:42
JUSTICE OF THE PEACE
PRECINCT SEVEN
TARRANT COUNTY TEXAS

## JUSTICE COURT CASE INFORMATION SHEET (4/13)

CAUSE NUMBER *(FOR CLERK USE ONLY):* E 7U691L

STYLED: <u>BEAULY LLC vs TAKESHA DUNLAP AND ALL OTHER OCCUPANTS</u>
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case Information sheet | 2. Names of parties in case |
|---|---|
| RASHIDA FORBES          770-609-1065<br>Name                    Phone No.<br><br>P.O. BOX 13489          770-723-0106<br>Address                 Fax No.<br><br>ATLANTA, GA 30324<br>City / State / Zip        State Bar No.<br><br>RASHIDA@CSSLIVE.COM<br>Email<br><br>*(signature)*<br>Signature | Plaintiff(s)<br><br>BEAULY LLC<br><br><br>Defendant(s)<br>TAKESHA DUNLAP AND ALL OTHER OCCUPANTS<br><br>[Attach additional page if necessary to list all parties] |

### 3. Indicate case type, or identify the most important issue in the case *(select only one)*

| | |
|---|---|
| ☐ *Debt Claim:* A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs, but including attorney fees, if any. | ☒ *Eviction:* An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs, but including attorney fees, if any.<br><br>## *AFTER FORECLOSURE* |
| ☐ *Repair and Remedy:* A repair and remedy case is a lawsuit by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair and remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs, but including attorney fees, if any. | ☐ *Small Claims:* A small claim case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs, but including attorney fees, if any. |

FILED BY:
2014 JUN 19 PM 1: 42
JUSTICE OF THE PEACE
PRECINCT SEVEN
TARRANT COUNTY, TEXAS



## Capital Property Management, LLC

June 3, 2014

To Whom It May Concern:

Capital Property Management, LLC is pleased to advise you that we are the new management company representing the owner, pursuant to a property management agreement, who has just purchased your property.  We would be delighted to keep you as a tenant and would be happy to work with you to discuss some available options.

This letter is also serving as your "written notice" to vacate and surrender the property. Capital Property Management, LLC is the management company representing the new owner of the property and demands that you vacate the home.

If you desire to stay in your residence, we will have to submit the application to start the approval process to be able to sign a new lease. We will also be pleased to complete any repairs that affect the safety of you or the home. We look forward to establishing a long-standing relationship with you.

**If you have not paid rent already, DO NOT PAY RENT TO YOUR PREVIOUS OWNER as they no longer own the property.**  We can provide documentation to show the property has new ownership and that we are now managing the property. These documents can be supplied to you for verification.

Please contact us and we will be pleased to provide all of the details and answer any questions you may have.

Thank you in advance for your prompt response.



**Capital Property Management, LLC**
1090 Northchase Pkwy Ste 300, Marietta, GA 30067
**Phone: 678-401-5365**

**United States District Court**
**Northern District of Texas**



ORIGINAL

**Supplemental Civil Cover Sheet For Cases Removed**
**From State Court**

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:** **3 - 14 C V - 4 5 2 7 B**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

**Court**

Ln County court
At Law I
Tarrant County Texas

**Case Number**

2014-CC038631

2. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

**Party and Party Type**

Samonta Dunlap and
All Occupants

Beauly LLC

**Attorney(s)**

3. **Jury Demand:**

Was a Jury Demand made in State Court?  ☐ Yes   ☒ No

If "Yes," by which party and on what date?

_____ Party

12/24/14
Date

**Supplemental Civil Cover Sheet**
**Page 2**

4.      **Answer:**

Was an Answer made in State Court?              □  Yes          ☒ No

If "*Yes*," by which party and on what date?

_____        _____
Party                                                                              Date

5.      **Unserved Parties:**

The following parties have not been served at the time this case was removed:

      **Party**                                                    **Reason(s) for No Service**

6.      **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

      **Party**                                                    **Reason**

7.      **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

      **Party**                                                    **Claim(s)**

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

RECEIVED
DEC 24 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States inSeptember 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Beasley LLC

**DEFENDANTS**

Sandra Dunlap
Occupants

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Beasley LLC
PO Box 13489   Atlanta GA 30324
7706091005

Attorneys *(If Known)*

Pro Se

3-14CV-4527B

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1   U.S. Government Plaintiff
- ❏ 3   Federal Question *(U.S. Government Not a Party)*
- ❏ 2   U.S. Government Defendant
- ☒ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | | 28 USC 157 | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 460 Deportation |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 470 Racketeer Influenced and |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 840 Trademark | Corrupt Organizations |
| Student Loans | ❏ 340 Marine | Injury Product | | | ❏ 480 Consumer Credit |
| (Excl. Veterans) | ❏ 345 Marine Product | Liability | | **SOCIAL SECURITY** | ❏ 490 Cable/Sat TV |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | Act | ❏ 862 Black Lung (923) | Exchange |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | ❏ 720 Labor/Mgmt. Relations | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 190 Other Contract | Product Liability | ❏ 380 Other Personal | ❏ 740 Railway Labor Act | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | ❏ 751 Family and Medical | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | Leave Act | | ❏ 895 Freedom of Information |
| | ❏ 362 Personal Injury - | Product Liability | ❏ 790 Other Labor Litigation | | Act |
| | Med. Malpractice | | ❏ 791 Empl. Ret. Inc. | | ❏ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Security Act | **FEDERAL TAX SUITS** | ❏ 899 Administrative Procedure |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | ❏ 510 Motions to Vacate | | ❏ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ❏ 220 Foreclosure | ❏ 441 Voting | Sentence | | or Defendant) | Agency Decision |
| ☒ 230 Rent Lease & Ejectment | ❏ 442 Employment | **Habeas Corpus:** | | ❏ 871 IRS—Third Party | ❏ 950 Constitutionality of |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | ❏ 530 General | | 26 USC 7609 | State Statutes |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | |
| | Employment | ❏ 550 Civil Rights | ❏ 463 Habeas Corpus - | | |
| | ❏ 446 Amer. w/Disabilities - | ❏ 555 Prison Condition | Alien Detainee | | |
| | Other | ❏ 560 Civil Detainee - | (Prisoner Petition) | | |
| | ❏ 448 Education | Conditions of | ❏ 465 Other Immigration | | |
| | | Confinement | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ❏ 2   Removed from State Court
- ❏ 3   Remanded from Appellate Court
- ❏ 4   Reinstated or Reopened
- ❏ 5   Transferred from another district *(specify)*
- ❏ 6   Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
Plaintiff trying to take possession of property worth $145,000

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ❏ No

## VIII. RELATED CASE(S) PENDING OR CLOSED: *(See instructions)*

JUDGE

DOCKET NUMBER

DATE   12/24/14

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE